**DENNIS STEINMAN,** OSB No. 954250
dsteinman@kelrun.com
**SCOTT J. ALDWORTH,** OSB No. 113123
saldworth@kelrun.com
**ZACHARY B. WALKER,** OSB No. 115461
zwalker@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR 97204
Telephone: 503/222-3531
Fax: 503/227-2980
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **BETTY L. KNIGHT,** as Personal Representative for the **ESTATE OF TERRY GLEN GOODMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**OREGON DEPARTMENT OF CORRECTIONS,** a state agency; **MARK NOOTH,** individually; **JUDY GILMORE,** individually; and **JOHN DOE 1–10,** individually,<br><br>Defendants. | Case No. 2:16-cv-0160-SU<br><br>**DECLARATION OF SCOTT J. ALDWORTH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES** |

I, Scott J. Aldworth, do hereby declare as follows:

Page 1 – DECLARATION OF SCOTT J. ALDWORTH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 S.W. YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE: (503) 222/3531
FACSIMILE (503) 227-1980

1.   I am one of the attorneys for Plaintiff in this case. I have prepared this declaration in support of Plaintiff's Unopposed Motion to Extend Discovery Deadlines.

2.   On May 10, 2015, the Court entered an Order Granting Plaintiff's Unopposed Motion for Extension of Discovery & PTO Deadlines [#11]. The parties are actively pursuing settlement discussions and request that the Court extend the current deadlines for 90 days, beginning with the deadline for fact discovery and joinder of claims or parties, currently set for December 1, 2016.

3.   This Motion is presented in good faith and not for reasons of delay.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 7th day of September, 2016.

s/Scott J. Aldworth
Scott J. Aldworth, OSB No. 113123

Page 2 – DECLARATION OF SCOTT J. ALDWORTH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 S.W. YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE: (503) 222/3531
FACSIMILE (503) 227-1980